(85 South. 880)

TOWNLEY v. STATE. (8 Div. 704.)

(Court of Appeals of Alabama. May 18, 1920.)

CRIMINAL LAW ⬯1094—CONVICTION AFFIRMED, IF TIME FOR EXCEPTIONS EXPIRED AND NO ERROR APPARENT.

A judgment of conviction will be affirmed, where an appeal is on the record without a bill of exceptions, and the time for filing the bill of exceptions has expired, and there is no error apparent on the record.

Appeal from Circuit Court, Limestone County; Robt. C. Brickell, Judge.

John William Townley was convicted of a violation of the prohibition law, and he appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. This defendant was indicted, tried, and convicted of the offense of violating the prohibition law; the specific charge being that since the 25th day of January, 1919, he did distill, make, or manufacture alcoholic, spirituous, malted, or mixed liquors or beverages, part of which was alcohol, etc. He was given an indeterminate sentence of not less than 15 months' nor more than 2 years' imprisonment in the penitentiary. This appeal is upon the record, without a bill of exceptions, and the time for filing a bill of exceptions has expired. There is no error apparent on the record; therefore the judgment of the circuit court must be affirmed.

Affirmed.